

February 1, 2011

Cynthia Walker
7755 Preservation Drive
Indianapolis, IN 46278

Dear Cynthia:

Due to our current financial circumstances and after much consideration, we have decided to restructure operations, downsize our workforce, and reorganize the Company. Unfortunately, this means that your position will be eliminated effective February 2, 2011. This was a very difficult decision to make, but one that was necessary to continue to run our business efficiently.

In order to minimize the financial impact that this action may cause for affected employees, we are offering a separation package. To be eligible for the benefits of this package, you must sign the attached separation agreement. This agreement describes the benefits you will receive and includes a general release of claims against the Company. Please read the attached separation agreement carefully.

If you have any questions, you may contact the Human Resources Department.

Respectfully,

Michael Moye

**Exhibit B**